JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NANCY JIMENEZ, ) Case No. 5:19-cv-01995-AB-
*o.b.o. A.J.J.*, )
) **JUDGMENT**
)
Plaintiff, )
)
vs. )
)
ANDREW SAUL, )
Commissioner of Social Security, )
)
Defendant. )

Having granted Defendant's *ex parte* motion for voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, the Court hereby ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: February 26, 2020

HON. ANDRÉ BIROTTE JR.
United States District Court Judge